UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-20139- Altonaga

UNITED STATES OF AMERICA,

       Plaintiff,
vs.

OMAR LOACES GONZALEZ,
       Defendant.
_____/

## SENTENCING MEMORANDUM

Omar Loaces Gonzalez files this Sentencing Memorandum and respectfully requests that this Honorable Court consider the various 18 USC 3553(a) sentencing factors in fashioning "a sentence sufficient, but not greater than necessary" to comply with the need for just and adequate punishment by granting a downward variance from the low end of the advisory guideline range the court establishes at sentencing and states:

1. The Presentence Investigation Report (PSR) establishes Loaces' total offense level at 16, with a criminal history of 1 and a resulting guideline range of 21 to 27 months (paragraph 53 of the PSR).

2. **Personal History**. Omar Loaces was born in Pinar Del Rio, Cuba, on June 13th, 1988. Mr. Loaces lived in Cuba until he immigrated to the United States in 2016. His mother and father were legally married, and he was raised in an intact family with 2 full siblings. Omar Loaces' childhood was not lacking in the essentials such as food, running water and electricity, and he considered himself as raised in middle socio-economic circumstances although he describes Cuba as a poor country where poverty was an

everyday fact of life. Growing up he suffered no childhood abuse and did not have any substance abuse or mental health issues. Mr. Loaces is a high school graduate. He does not have any specialized training or have any professional licenses. From 2007 to 2009 Mr. Loaces served a compulsory term of service in the Cuban Armed Forces and was given an honorable discharge.

3. **Family**. The letters from his family and the family photographs provided to the court for its review reflect a close knit family who deeply love and admire Mr. Loaces. Mr. Loaces has been in a common law relationship with Marlena Cruz for 14 years. They consider themselves married and refer to each other as husband and wife. Mr Loaces has a biological son, Alexander Loaces who is 20 years old, as a result of a relationship when he was a teenager. Despite having this son so young in life he met his responsibilities throughout Alexander's life with both financial and emotional support as is reflected in the letter Alexander wrote to court to aid in sentencing decision. Especially insightful into his character is the letter from his stepdaughter who he raised from the time she was two years old and he was in his early twenties. The letter movingly writes that Mr. Loaces despite not being her biological father was truly a father figure who has always supported her, in good times and bad. She writes in her letter to the court "He is that man who 14 years ago decided to take care of a girl who was not even of his blood, the one who raised her and respected her from the beginning, that man so worthy of admiration, today I call him dad, an irreplaceable figure in my life, whose love and wisdom I always carry with me."

4. **Accepting Responsibility**. Mr. Loaces has accepted responsibility for his actions in this case. At the time of his involvement in this case he had been in the United States less than 5 years and did not speak English fluently. As his wife Marlena Cruz writes in her letter, she and Mr. Loaces came to the United States looking for a better life for their daughter and themselves. These were bad economic times due to covid and Mr. Loaces unfortunately became involved in this illegal scheme defrauding the United States. He understands that in all likelihood he will serve prison time for his criminal actions and he accepts that responsibility as his own alone.

5. **Actual Versus Intended Loss.** Mr. Loaces through the undersigned counsel has filed an objection to the PSR for its calculation of the guidelines because it uses intended rather than actual loss. Even if the court denies Mr. Loaces' legal objection for the use of intended loss the court may nonetheless consider the actual loss amount as a variance factor since the actual loss amount is approximately $50,000.00 less than the threshold amount of $250,000.00 which adds 12 levels to the offense rather than 10 levels.

6. Defendants usually come before this court having committed the worse acts of their life. Mr. Loaces is one of these defendants and he has accepted his responsibility for his actions and the punishment that this court will give him. But the bad acts he committed in this case is not the sum total of who he is as a son, father, and brother. And the letters and photographs provided to this court richly show the love and admiration that those close to him feel for him. For these reasons Mr. Loaces through undersigned counsel respectfully requests that this Honorable Court consider and grant him a variance below the guideline level the court sets at sentencing.

Respectfully Submitted,<br>
_____/s/ Arnaldo Suri

ARNALDO J. SURI  
ATTORNEY FOR DEFENDANT  
Florida Bar No.: 445088  
9745 SW 77th Street  
Miami, Florida 33173  
Tel. (305) 785-8073  
Fax (305) 596-4515  

4